BUCHALTER
A Professional Corporation
ERIC KENNEDY (SBN: 228393)
ROBIN JUNG (SBN: 271894)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: ekennedy@buchalter.com

Attorneys for Plaintiff
MICHAEL DOBSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DOBSON,

    Plaintiff,

    vs.

DARREN CRAWFORD, an individual; and CHRISTOPHER WALKER, an individual.,

    Defendants.

Case No. 2-22-cv-07372-DMG-PD

Hon. Dolly M. Gee

**PLAINTIFF MICHAEL DOBSON'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO MICHAEL DOBSON'S SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff MICHAEL DOBSON ("Plaintiff") respectfully submits the following responses to Defendants' Evidentiary Objections to Michael Dobson's Supplemental Declaration in Support of his Motion for Preliminary Injunction ("Dobson Suppl. Decl.").

In their evidentiary objections, Defendants argue the Dobson Suppl. Decl. is improper because "[t]here were no unforeseen arguments or evidence raised in Defendants' opposition." (Defendants' Evidentiary Objections at 2:23 – 25). This is simply untrue. The entirety of Dobson's Suppl. Decl. is dedicated to addressing unforeseen arguments or evidence raised in Defendants' opposition. For example, Defendants argue at length that they have operational and managerial control of

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO MICHAEL DOBSON'S SUPPLEMENTAL DECLARATION**

UMZU, LLC and that it is a separate and distinct company from The Better Foundation, LLC. The portions of Dobson's Suppl. Decl. to which Defendants object below all deal with these arguments involving UMZU, LLC. Plaintiff could not foreseen what arguments or evidence Defendants would put forth in their Opposition regarding UMZU, LLC.

## DEFENDANTS' OBJECTIONS TO SUPPLEMENTAL DECLARATION OF MICHAEL DOBSON

| Materials objected to are underlined | Grounds for objection | Response to Objection | Ruling on the objection |
|---|---|---|---|
| 3. UMZU, LLC's sole manager is "MJD Trust," in which I am the settlor and trustee. Attached hereto as Exhibit "K" is a true and correct copy of the signed and notarized articles of the MJD Trust. | Lack of Foundation, *Fed. Rule. Evid.* 602<br><br>Hearsay, *Fed. Rule Evid.* 802 | **Foundation:** Mr. Dobson is declaring facts regarding UMZU's management that he knows from his personal knowledge and perception as the Managing Member and majority owner of TBF and UMZU, as well as the settlor and trustee of the MJD Trust. This statement is also based upon the clear language of the UMZU operating agreement.<br><br>**Hearsay:** The statements are not hearsay but are instead based upon documents - the UMZU operating agreement and the articles of the MJD Trust. Further, the statements are not hearsay, as Mr. Dobson is available to testify regarding these issues in the current proceedings based on his personal knowledge. | |
| 4. TBF controls all of UMZU's operations. All tax returns and | Lack of Foundation, *Fed. Rule. Evid.* 602 | **Foundation:** Mr. Dobson is declaring facts he knows from personal knowledge | |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

| Materials objected to are underlined | Grounds for objection | Response to Objection | Ruling on the objection |
|---|---|---|---|
| financial statements are filed under TBF, not UMZU. Attached hereto as Exhibits "L" and "M" are true and correct, redacted copies of, respectively, the 2019 and 2021 TBF Tax Returns, which show on page 2 that UMZU is 100% owned by TBF. | Hearsay, *Fed. Rule Evid.* 802 | and perception as the Managing Member and majority owner of TBF and UMZU, and based upon the tax returns and financial statements.<br><br>**Hearsay:** The statements are not hearsay but are instead based upon documents – the financial statements and tax returns. Further, the statements are not hearsay, as Mr. Dobson is available to testify regarding these issues in the current proceedings based on his personal knowledge. | |
| 5.  In an email dated February 21, 2020, Darren Crawford stated: "The way we're setting up quickbooks right now is having TBF/TruthCo has the holding and then UMZU as the operations. **All in one single Quickbooks account. So all the bank accounts are together there** and all the sale tax is unaffected for operations." (emphasis added). Attached hereto as Exhibit "N" is a true and correct copy of the February 21, 2020 email from Mr. Crawford. | Lack of Foundation, *Fed. Rule. Evid.* 602 | **Foundation:** Mr. Dobson is directly quoting an email to which he was a recipient and which is attached to his declaration. The email evidences that the quoted statement was made. | |

| Materials objected to are underlined | Grounds for objection | Response to Objection | Ruling on the objection |
|---|---|---|---|
| 7c. Defendants' contention that I did not make the required capital contributions into TBF/UMZU, as outlined in the governing documents, is false. I have evidence from the original bookkeeper, Jonathan Bobbitt, showing I contributed $1,457,379.72 in seed capital into the company; | Lack of Foundation; Lacks Personal Knowledge, Speculation, *Fed. Rule. Evid.* 602<br><br>Hearsay, *Fed. Rule Evid.* 802 | **Foundation/ Personal Knowledge:** Mr. Dobson is declaring facts he knows from personal knowledge and perception as the Managing Member and majority owner of TBF and UMZU. He also clearly has personal knowledge and foundation of whether he has evidence showing that he contributed a certain amount of seed capital into the company.<br><br>**Hearsay:** Further, the statements are not hearsay, as Mr. Dobson is available to testify regarding these issues in the current proceedings based on his personal knowledge. | |
| e. <u>Defendants also wanted to sell TBF/UMZU</u> and were extremely involved during the entire potential merger and acquisition process, including in the interview of three investment banks that were interviewed by myself and Defendants – Grief & Co., Intrepid, and Lincoln International LLC. We settled on Lincoln to handle the mergers and | Lack of Foundation; Lacks Personal Knowledge, Speculation, *Fed. Rule. Evid.* 602 | **Foundation/ Personal Knowledge:** Mr. Dobson is declaring facts regarding actions taken by Defendants that he knows from his personal knowledge and perception as the Managing Member and majority owner of TBF and UMZU.<br><br>**Hearsay:** Further, the statements are not hearsay, as Mr. Dobson is available to testify regarding these issues in the current proceedings based on his personal knowledge. | |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO MICHAEL DOBSON'S SUPPLEMENTAL DECLARATION**

| Materials objected to are underlined | Grounds for objection | Response to Objection | Ruling on the objection |
|---|---|---|---|
| acquisition process, which we called "Project Bacon." Defendants were involved with meetings with Lincoln and participated in management presentations to prospective buyers during the mergers and acquisition process. | | | |
| 8. In an emailed dated March 17, 2021, Darren Crawford confirmed the following: a. that Plaintiff is 51% owner of TBF; b. that UMZU is 100% owned by TBF; c. that UMZU Naturals, LLC is 100% owned by TBF (but no longer operating and needs to be closed); d. that TBF has become the holding company while UMZU is the operating company, where TBF employs and pays all UMZU "employees" Attached hereto as Exhibit "O" is a true and correct copy of the March 17, 2021 email from Mr. Crawford. | Lack of Foundation; *Fed. Rule. Evid.* 602 | **Foundation:** Mr. Dobson is directly quoting an email to which he was a recipient and which is attached to his declaration. The email evidences that the statements were made. | |

BUCHALTER
A Professional Corporation
Irvine

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO MICHAEL DOBSON'S SUPPLEMENTAL DECLARATION**

1    DATED:  January 11, 2023          BUCHALTER
2                                      A Professional Corporation
3
4                                      By: _____
                                              ERIC KENNEDY
5                                             ROBIN JUNG
                                         Attorneys for Plaintiff
6                                        MICHAEL DOBSON
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS
TO MICHAEL DOBSON'S SUPPLEMENTAL DECLARATION**