UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-7372-DMG (PDx) | Date | January 13, 2023 |
| Title | Michael Dobson v. Darren Crawford, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eric M. Kennedy | Albert S. Watkins - VTC |

**Proceedings: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [31]**

     The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. The Court hears from Plaintiff. Defendants submit on the papers. The Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:16