**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DOBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARREN CRAWFORD, an individual; and CHRISTOPHER WALKER, an individual,<br><br>　　　　　Defendant. | Case No. CV 22-07372-DMG (PDx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order granting Plaintiff Michael Dobson's Motion to Confirm Arbitration Award [Doc. # 108], filed on July 31, 2025,

　　　It is **HEREBY ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Plaintiff Michael Dobson as follows:

　　　1.　　Plaintiff Michael Dobson shall recover from Defendants Darren Crawford and Christopher Walker the following amounts:

　　　　　　a.　　Damages to Plaintiff consisting of the Arbitration Panel's original award of **$5,139,691**, plus **$327,610.75** in prejudgment interest for the period up to and including September 30, 2024, as set forth in the Arbitration Panel's Final Arbitration Award [Doc. # 82-6],

plus additional prejudgment interest at the rate of **7%** (or a daily rate of $1,048.52) until the date of entry of judgment;

  b. Attorneys' fees during the Arbitration in the amount of **$682,572**, as set forth in the Arbitration Panel's Final Arbitration Award, plus prejudgment interest at the rate of **10%** (or a daily rate of $187.01) until the date of entry of judgment;

  c. Costs of the Arbitration in the amount of **$301,772.38**, as set forth in Arbitration Panel's Final Arbitration Award, plus prejudgment interest at the rate of **10%** (or a daily rate of $82.68) until the date of entry of judgment);

  d. AAA expenses and arbitrator fees to Plaintiff consisting of **$144,536.36**, as set forth in the Arbitration Panel's Final Arbitration Award, plus prejudgment interest at the rate of **10%** (or a daily rate of $39.60) until the date of entry of judgment;

2. Post-judgment interest on the sum of the amounts in Paragraph 1 (inclusive of prejudgment interest) at the rate of **10%** per annum, as set forth in the Final Arbitration Award.

3. Plaintiff is entitled to costs pursuant to a Bill of Costs.

4. The Judgment amount is not inclusive of attorneys' fees that may be the subject of a future fee motion.

DATED: September 15, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE